■ THOMAS A. RIPLEY et al., Appellants, v TOWN OF NORTH HEMPSTEAD et al., Respondents. [644 NYS2d 972]

O'Brien, J. P., Goldstein, Florio and McGinity, JJ., concur.